release, the district court did not abuse its discretion by revoking Villalona's supervised release. *See United States v. Arbizu*, 431 F.3d 469, 471 (5th Cir.2005). Accordingly, the judgment of the district court is AFFIRMED.

**Jeffrey Lee BOKOR, Plaintiff–Appellant,**

v.

**Richard L. HATTOX, et al, Defendants,**

**Richard L. Hattox, Defendant–Appellee.**

No. 05–10953.

United States Court of Appeals, Fifth Circuit.

Nov. 13, 2006.

Law Offices of Marc Gault, Fort Worth, TX, for Plaintiff–Appellant.

Seth Byron Dennis, Assistant Attorney General, Office of the Attorney General, Law Enforcement Defense Div., Austin, TX, for Defendant–Appellee.

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

**Dorothy N. GRAYSON, Plaintiff–Appellant**

v.

**Jo Anne BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 06–60514
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 14, 2006.

Ricky B. Clark, Forest, MS, for Plaintiff–Appellant.

Linda Randle Anderson, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Missisippi, Jackson, MS, for Defendant–Appellee.

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Dorothy N. Grayson ("Claimant") appeals the ruling of the dis-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be